Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 26 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

Cecil Cedric Brown, Pro se Claimant

)
)
)
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

United Parcel Service, Inc.
And All Associated Parties et al

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No 1 :22 -CV- 4269
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Cecil Cedric Brown, Pro se Claimant |
| Street Address | 8060 Adair Lane, Apt. 4313 |
| City and County | Sandy Springs (Fulton County) |
| State and Zip Code | Georgia 30350 |
| Telephone Number | (404) 454-7495 |
| E-mail Address | christ4cecil@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | United Parcel Service, Inc. (UPS) |
| Job or Title *(if known)* | Headquarters |
| Street Address | 55 Glenlake Parkway, NE |
| City and County | Atlanta (Fulton County) |
| State and Zip Code | Georgia  30328 |
| Telephone Number | (404) 828-6000 |
| E-mail Address *(if known)* | info@ups.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1. Plaintiff invokes the jurisdiction of this court pursuant to 28 U.S.C. § 1331.
2. Defendant is alleged to have practiced unlawful and retalitory employment practices during and after Plantiff's disability leave under the Family Medical Leave Act (FMLA)
3. Defendant interfered with Plantiff's request for reasonable Religious Accomdation resulting in the denial of Plantiff's Religious Accommodation Authorization thus violating Plantiff's religious observance under Title VII Civil Rights Act of 1964

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b.  If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff had an outstanding record of 41 years with UPS. Things took a turn when Plaintiff requested an exemption from working on Sundays to observe his religious beliefs. He experienced harsh retaliation over the course of eight months, starting with his unexpected Disability Leave, due to a back injury. His first request for Religious Accommodation Authorization was mysteriously deleted from the system. The next two requests were immediately denied without any form of reasonable options, bids, or accommodations. Defendant's conduct of interference by creating a hostile working environment, the denial of Religious Accommodation requests, and the unending threats of termination were signs that the Plaintiff was being forced out (constructive discharge) all because he wants to honor his religious freedom under Title VII Civil Rights Act of 1964. (Attached pages)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attachment

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:             10/24/2022

Signature of Plaintiff

Printed Name of Plaintiff       Cecil Cedric Brown, Pro se Claimant

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## III. FACTUAL ALLEGATIONS

1.

Plaintiff (Cecil C. Brown) is a citizen of the United States of America and resides in Sandy Springs, Georgia.

2.

Defendant, United Parcel Service, Inc. (UPS), is a package delivery and business logistics company headquartered in Sandy Springs with more than 540,000 employees.

3.

United Parcel Service hired Brown to work Monday through Friday as a part-time employee in 1979.

4.

Brown became a full-time employee as a Package Car delivery Box Truck Driver with United Parcel Service in 1987, working Monday through Friday.

5.

Brown's position advanced to a Tractor Trailer Driver on the Yard Property (Feeder Shifter) with United Parcel Service in 2015 still working Monday through Friday.

6.

Brown was Ordained to the work of a Minister by Big Miller Grove Baptist Church in Lithonia, Georgia on September 4th, 2011. (Exhibit A)

7.

Brown, in upholding the Sabbath and observing his religious belief, fasts every Saturday and participates in corporate worship every Sunday.

1

8.

On March 17, 2021, UPS Management announced that effective April 25, 2021, there would be a mandatory work week change. The work week would change from Monday through Friday to Sunday through Thursday.

9.

On March 24, 2021, Plaintiff made his concerns known to UPS Managers, Kent Gilbert and Sean Brown, regarding working on religious days of worship (Sabbath), which he observed, especially as an ordained minister.

10.

Plaintiff requested that Managers consider incorporating a flexible work option that allowed for options and adjustments for Christian employees who needed to exercise their religious rights to observe the Sabbath; thereby, excusing them from working on Sundays, even the schedule had to be on a rotating basis.

11.

By April 25, 2021, the date in which the new work week was to go into effect, no such accommodations had been made available for Brown. Brown was advised to use his vacation days for his days of religious observance.

12.

Since no accommodation or flexible or rotating schedule was offered, Brown had no other choice but to use his vacation days on Sundays to protect his employment and maintain his religious observance.

13.

On Wednesday, May 12, 2021, in a mandatory meeting with United Parcel Service managers and a Teamster Union Representative, Plaintiff was harassed and threatened with termination for using his vacation time on Sundays.

14.

Brown reiterated his position and the need to exercise his religious freedom on the Sabbath.

15.

Plaintiff was advised by his direct Managers, Gilbert and Ajmal Nassery, to contact UPS Human Resources to receive a Religious Accommodation Authorization, which would excuse his absence from work on Sundays.

16.

On May 13, 2021, Plaintiff contacted United Parcel Service, Human Resources Office (Defendant) to complete the process and received the Religious Accommodation Authorization Number (#HRC1341036) and verbal approval.

17.

Plaintiff was advised by the UPS Human Resources Representative to text his manager the Authorization number he received from Human Resources.

18.

Plaintiff followed instructions and texted Manager Gilbert on May 13, 2021, at 4:12 PM with the information from Human Resources and Authorization Number #HRC1341036. (Exhibit B)

19.

On May 18, 2021, at 12:08 PM, Defendant's Manager, Gilbert, texted Plaintiff to let him know that he would follow up with Human Resources. (Exhibit B)

20.

On May 20, 2021, at approximately 10:11 PM, Plaintiff sustained a severe lower back injury.

21.

On Friday, May 21, 2021, after a thorough examination from a treating physician, Plaintiff was diagnosed with a severe spinal cord injury, which would require (3) epidural injections and bed rest. Such injury required Plaintiff to file for an unexpected Short-Term Disability Leave. Plaintiff's leave was protected under FMLA.

22.

In severe pain, Plaintiff contacted Defendant's main Office Headquarters to make sure the Religious Accommodation Approval and Case #HRC1341036 was appropriately filed in the system.

23.

On May 21, 2021, at 11:47 AM, Plaintiff texted Defendant's Manager, Gilbert, again to inform him that the Religious Accommodation information and Case number (#HRC1341036) was now on file with the United Parcel Service Corporate Headquarters.

24.

Under doctor's orders, Plaintiff was out on short-term Disability from May 21, 2021, to September 1, 2021. His leave was protected under the Family Medical Leave Act (FMLA): Claim #29443826 filed by Ms. Archeline with Central States Health Plan Teamsters Care.

25.

On June 11, 2021, while on disability, Plaintiff called United Parcel Service Corporate Office to request a hard copy for the Religious Accommodation Authorization Approval but was informed by Mr. Sadari that Case #HRC1341036 was no longer in their system.

4

26.

On September 1, 2021, Plaintiff was cleared to return to work at United Parcel Service (Defendant). When Plaintiff returned to work, he continued to use his personal time for Sunday absence.

27.

In retaliation for taking protected leave under the FMLA, Defendant engaged in a series of deceptive business practices and created a hostile working environment, upon Plaintiff's return from leave.

28.

Over the next three months, Defendant's conduct toward Plaintiff was pure harmful and prejudicial. Defendant manipulated the Human Resources system and deleted Plaintiff's first request for Religious Accommodation Authorization while he was out on protected leave due to his serious back injury. Defendant summoned Plaintiff to several meetings berating him with verbal threats to terminate him if he did not come to work on Sundays, which would violate and dishonor his religious belief. (Exhibit C) Defendant also manipulated system records by changing the Plaintiff's earned days of work from 158 days to 155 days; thus, making him ineligible for his 2022 Vacation Payout. Note: The required Earned Days of Work was 156. (Exhibit D & Exhibit E)

29.

On October 11, 2021, at 7:13 PM, Defendant's Manager, Gilbert, approached Plaintiff in public with extreme anger and shouting at him that his Religious Accommodation had not been approved.

5

30.

On October 18, 2021, under much stress and emotional anxiety, Plaintiff filed a Grievance Form with Teamsters Local 728, due to hostile work environment. (Exhibit F)

31.

To escalate matters, On November 16, 2021, Plaintiff contacted the Equal Employment Opportunity Commission (EEOC) and spoke to Rachel regarding his concerns of religious discrimination. The EEOC scheduled an interview date for February 10, 2022. (Exhibit G)

32.

On November 18, 2021, in a form of retaliation after they were notified by the EEOC of the Plaintiff's recent complaint, Defendant verbally denied Plaintiff's second request for Religious Accommodation filed on November 4, 2021, by Lillia; Case #HRC2291724. No reasonable religious accommodations or adjustments were made. No conversation about flexible schedules, voluntary shift substitutions or job reassignments were suggested to accommodate Plaintiff's request to participate in his religious observance.

33.

Plaintiff filed 3rd request for Religious Accommodation Authorization Approval #HRC2464268 on November 19, 2021, with Rahul. Here, again, Defendant did not discuss any alternatives or options to the schedule that would allow Plaintiff to honor/practice his religious observance. (Exhibit H)

34.

Without any recourse, Plaintiff contacted, via certified mail, the Defendant's CEO, Carol B. Tome', Equal Employment Opportunity Commission (EEOC), the President of the Teamsters Local Union, Matt Higdon, and CNN Headquarters on November 22, 2021, regarding

6

Defendant's violation of Plaintiff's religious freedom. Brown also contacted, via certified mail, President, Joe Biden; Vice President, Kamal Harris; Senators, Warnock and Ossoff; and the Southern Christian Leadership Conference on December 4, 2021, regarding same issue of religious discrimination. (Exhibit I)

35.

In retaliation, on November 29, 2021, Defendant's Managers (Gilbert, Stephon, and Harper) served Plaintiff with a Warning Letter of Termination for refusing to violate his religious observance of the Sabbath Day. Plaintiff knew that the Defendant was taking aggressive steps to terminate his employment. (Exhibit C)

36.

After serving Plaintiff with a second Warning Letter of Termination, Defendant denied Plaintiff's request for Religious Accommodation on December 1, 2021. (Exhibit H)

37.

Concerned over the ongoing hostile working environment and the threat of losing his retirement benefits, Plaintiff filed paperwork for retirement and subsequently retired from his place of employment at United Parcel Service on December 23, 2021, after 42 years of service.

38.

In retaliation, Defendant blocked Plaintiff from receiving his earned 2022 Vacation Payout without cause or explanation. Employees had to work a minimum of 156 earned days. (Exhibit D)

39.

On January 3, 2022, Plaintiff contacted Defendant's Human Resources Office and spoke with a representative by the name of Beth. She printed copies of Plaintiff's earned days records.

7

Somehow the system records had been manipulated, and it was now showing the Plaintiff's days of earned work at 155 days, which was just one (1) day short of the eligible number of earned days for vacation payout. (Exhibit D)  This appears to be a deliberate form of manipulation and retaliation. According to Plaintiff's own records and previous records from HR, Plaintiff had 158 earned work days. (Exhibit E)

40.

On January 7, 2022, Defendant's Managers, Adam Miller, Kent Gilbert, with Teamsters representative refused to accept the documentation from Human Resources Manager, Beth. In a hostile manner and as a form of retaliation, Gilbert demanded Plaintiff's UPS ID card, an action that would deny Plaintiff any further access to UPS property, something that is not standard practice for UPS retirees.

41.

Under extreme emotional and mental anguish, Plaintiff filed another grievance stemming from the encounter on January 7, 2022, with the Teamsters Local 728 on January 10, 2022. (Exhibit F)

42.

After a preliminary investigation, Teamsters Local 728 ordered Defendant to comply with Article 37 and release Plaintiff's earned pay. Under Article 37, Defendant shall not intimidate, harass, coerce or overly supervise any employee in the performance of his duties. Defendant shall not retaliate against employees for exercising rights under this Agreement. Defendant will treat employees (Plaintiff) with dignity and respect at all times. (Exhibit J)

43.

Prior to the implementation of a new work shift decided by the Defendant, Plaintiff maintained a good relationship with Managers and held an outstanding attendance record with UPS. During

8

his 42 years of employment, the Plaintiff received an award as a Circle of Honor Driver. However, both the work environment and the amenable relationship with managers changed when Plaintiff requested an exemption from working on Sundays for religious observance. Almost immediately, the Defendant (or its representatives/the Plaintiff's direct managers) created a hostile working environment for the Plaintiff. Additionally, the Defendant acted in egregious fashion by retaliating against the Plaintiff for requesting to exercise his religious freedoms and going out on protected leave (FMLA) due to a severe back injury. The Defendant manipulated system records by deleting his first Religious Accommodation Authorization number. The second and third requests were immediately denied without any form of reasonable options, bids, or accommodations. With more than 540,00 employees, there were several employees looking for opportunities to work overtime. The Defendant also manipulated system records by deleting the Plaintiff's earned work days in deliberate attempt to make the Plaintiff ineligible for vacation payout according to UPS policy rules. The hostile environment, the outright denial of the Plaintiff's Religious Accommodation requests, and the repeated acts of intimidation, harassment, and threats of termination were all signs that the Plaintiff was being forced out (constructive discharge) of his position with UPS. Under significant emotional and mental stress, Plaintiff retired on December 23, 2021, after 42 years of dedicated service.

## IV. CLAIMS FOR RELIEF

### DEFENDANT'S VIOLATION OF TITLE VII CIVIL RIGHTS AND DEPENDANT'S MISCONDUCT AND UNLAWFUL EMPLOYMENT PRACTICE DURING AND AFTER PLAINTIFF'S DISABILITY LEAVE UNDER THE FAMILY AND MEDICAL LEAVE ACT

44.

Plaintiff engaged in protected conduct under the Family Medical Leave Act, entitling him to all appropriate relief under the statute.

9

45.

Defendants interfered with Plaintiff's rights protected under the Title VII Civil Rights Act of 1964, entitling Plaintiff to all appropriate relief under the statute.

46.

Defendants retaliated against Plaintiff for demanding to exercise his Religious Freedom Accommodation protected conduct under Title VII Civil Rights Act of 1964, entitling Plaintiff to all appropriate relief under the statute.

47.

Civil penalties of $150,000 for each violation.

48.

Defendant has caused Plaintiff emotional, mental, and psychological harm, stress, and trauma. Punitive damages in the amount of $11,111,111 million or an amount the Court determines is proper.

Cecil Cedric Brown, Pro se Claimant

10

# EXHIBIT

# A

*Exhibit A*



## Ordination

**ORDAINING COUNCIL**

_____
Moderator of Ordaining Council

_____
Clerk of Ordaining Council

_____

_____

_____

_____

_____ **Pastor**

## Certificate of Ordination

We, the undersigned, hereby certify that upon the recommendation and request of the <u>BIG MILLER GROVE BAPTIST CHURCH</u> at <u>LITHONIA, GA</u> which had full and sufficient opportunity for judging his/her gifts, and after satisfactory examination by us in regard to his/her Christian experience, call to the ministry, and views of Bible doctrine,

### MINISTER CECIL BROWN

was solemnly and publicly set apart and ordained to the work of

# THE GOSPEL MINISTRY

by the authority and order

of the <u>BIG MILLER GROVE BAPTIST CHURCH</u>

at <u>LITHONIA, GA</u>

on the 4th day of <u>SEPTEMBER</u>, <u>2011</u>.



# EXHIBIT

# B







# EXHIBIT

# C

*Exhibit 6*

Cecil Brown

EmpID # 0215941
Date 11/30/2021

IN RE:        Warning Notice – Attendance
              FT – Feeder Shifter

Dear Cecil,

On 11/30/2021, a meeting was held in the Pleasantdale building.  Present were you, Kent Gilbert and Union representative Patrick Harper.

Discussed at this meeting was your overall attendance record. You have been spoken to on previous occasion concerning your unacceptable attendance record.  Yet, your attendance remains unacceptable. As a result of your continued failure to correct your attendance, you are being issued this Warning Notice.

If, in the future, should you fail to follow company instructions, procedures or methods, further disciplinary action will be taken up to and including discharge.

This is an Official Warning Notice, as outlined in Article 52 of the current labor agreement between UPS and IBT Local 728.

Sincerely,

UNITED PARCEL SERVICE

Adam Miller

Division Manager

Cc: Division Manger
    Labor Manager
    IBT Local 728

Employee Signature: _____    Date: _____

Union Representative Signature: _____    Date: 11/29/21

UPS Management Signature: Kent Gilbert    Date: 11/29/2021

# EXHIBIT

# D



Payroll Tools



inside.ups.com

PAGES: ) of 6

## UPS Time & Labor Applications

### Entitlement Report

| Back To Lookup Form | Return To Main Menu | Back To List |
|---|---|---|

#### As of Week Ending Date: 11/13/2021

RRDD: **0745** Operation: **FDR** Center: **3009** Sort: **E** Employment Date: **8/29/1979**

Employee ID: **0215941**    Employee Name: **BROWN, CECIL**

| | | |
|---|---|---|
| Vacation: | **0** | Hours |
| Option Week: | **0** | Hours |
| Option Day: | **0** | Days |
| Sick: | **0** | Hours |
| Anniversary: | **0** | |
| Birthday: | **0** | |
| Reports: | 129 + 7 = 1331 5 = 138 + 12 9 50 | |

From Beth
11-15-2021

| Print This Page |
|---|



All questions regarding access, password reset and usage must be directed to your
District Liaison.
To find your District Liaison, please, click this link.



PROCEDURE
MANUAL

Last updated: 04/01/2015 10:00:00 AM

 

Exhibit Q

Payroll Tools

 

inside.ups.com

# UPS Time & Labor Applications

| Entitlement Report |
|---|

| Back To Lookup Form | Return To Main Menu | Back To List |
|---|---|---|

## As of Week Ending Date: 11/27/2021

RRDD: **0745** Operation: **FDR** Center: **3009** Sort: **E** Employment Date: **8/29/1979**

Employee ID: **0215941**       Employee Name: **BROWN, CECIL**

| | | |
|---|---|---|
| Vacation: | **0** | Hours |
| Option Week: | **0** | Hours |
| Option Day: | **0** | Days |
| Sick: | **0** | Hours |
| Anniversary: | **0** | |
| Birthday: | **0** | |
| Reports: | **138** | |

 From Beth
11-30-2021



| Print This Page |
|---|



All questions regarding access, password reset and
usage must be directed to your
**District Liaison.**
To find your District Liaison, please, click this link.



PROCEDURE
MANUAL

Last updated: 04/01/2015 10:00:00 AM



*Exhibit R*



Payroll Tools

inside.ups.com

# UPS Time & Labor Applications

| Entitlement Report |
|:---:|

| Back To Lookup Form | Return To Main Menu | Back To List |
|:---:|:---:|:---:|

### As of Week Ending Date: 12/11/2021

RRDD: **0745** Operation: **FDR** Center: **3009** Sort: **E** Employment Date: **8/29/1979**

Employee ID: **0215941**     Employee Name: **BROWN, CECIL**

| | | | |
|---|---|---|---|
| Vacation: | **0** | Hours | |
| Option Week: | **0** | Hours | |
| Option Day: | **0** | Days | |
| Sick: | **0** | Hours | |
| Anniversary: | **0** | | |
| Birthday: | **0** | | |
| Reports: | **150** | | |

 *from Beth*
*12-13-2021*

| Print This Page |
|:---:|



All questions regarding access, password reset and
usage must be directed to your
**District Liaison.**
To find your District Liaison, please, click this link.

PROCEDURE
MANUAL

Last updated: 04/01/2015 10:00:00 AM

Retirement;
1-800-643-4111/2

 Beth 770-441-1969

*Exhibit* ~~J~~    *PAGES 5 of 6*



Payroll Tools



inside.ups.com

# UPS Time & Labor Applications

| Entitlement Report |
|---|

| Back To Lookup Form | Return To Main Menu | Back To List |
|---|---|---|

### As of Week Ending Date: 12/25/2021

RRDD: **0745** Operation: **FDR** Center: **3009** Sort: **E** Employment Date: **8/29/1979**

Employee ID: **0215941**      Employee Name: **BROWN, CECIL**

| Vacation: | **0** | Hours |
| Option Week: | **0** | Hours |
| Option Day: | **0** | Days |
| Sick: | **0** | Hours |
| Anniversary: | **0** | |
| Birthday: | **0** | |
| Reports: | **155** | |

*▬▬▬ From Beth*
*1-3-2022*

| Print This Page |
|---|



**All questions regarding access, password reset and
usage must be directed to your
District Liaison.**
To find your District Liaison, please, click this link.



**PROCEDURE
MANUAL**

Last updated: 04/01/2015 10:00:00 AM

# EXHIBIT

# E

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|

**PAGES 6 OF 6**

Exhibit T

| December 2021 | January 2022 | | 1 Ezek. 40–41 / 2 Pet. 3 | 2 Ezek. 42–44 / 1 Jn. 1 | 3 Ezek. 45–46 / 1 Jn. 2 | 4 Ezek. 47–48 / 1 Jn. 3 |

December 2021 mini-calendar (partially visible):
S M T W T F S
2021

January 2022 mini-calendar:
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

Dan. 1–2 / 1 Jn. 4 | **6** Dan. 3–4 / 1 Jn. 5 | **7** Dan. 5–7 / 2 John | **8** Dan. 8–10 / 3 John | **9** Dan. 11–12 / Jude | **10** Hos. 1–4 / Rev. 1 | **11** Hos. 5–8 / Rev. 2

*150 REPORT DAYS*

*Hanukkah Ends*

Hos. 9–11 / Rev. 3 | **13** Hos. 12–14 / Rev. 4 | **14** Joel 1–3 / Rev. 5 | **15** Amos 1–3 / Rev. 6 | **16** Amos 4–6 / Rev. 7 | **17** Amos 7–9 / Rev. 8 | **18** Obad. / Rev. 9

151 | 152 | 153 | 154

Jonah 1–4 / Rev. 10 | **20** Mic. 1–3 / Rev. 11 | **21** Mic. 4–5 / Rev. 12 | **22** Mic. 6–7 / Rev. 13 | **23** Nah. 1–3 / Rev. 14 | **24** Hab. 1–3 / Rev. 15 | **25** Zeph. 1–3 / Rev. 16

155 | 156 | 157 | 158 *REPORT DAYS*

*First Day of Winter* | *Christmas Eve* | *Christmas Day*

Hag. 1–2 / Rev. 17 | **27** Zech. 1–4 / Rev. 18 | **28** Zech. 5–8 / Rev. 19 | **29** Zech. 9–12 / Rev. 20 | **30** Zech. 13–14 / Rev. 21 | **31** Mal. 1–4 / Rev. 22 |

# December 2021

# EXHIBIT

# F

# TEAMSTERS LOCAL 728 UPS GRIEVANCE FORM

_Exhibit B_

0 Lakewood Avenue SW ▪ Atlanta, Georgia 30315
) 622-0521 or (800) 635-5371 ▪ Fax (404) 627-2045
www.teamsterslocal728.org

L

**Print Full Name** _Cecil C. Brown_   **Today's Date** _10-13-2021_

**Employee ID#** _____   **Cell #** _____   **Business Agent** _____

**Address** _Fayetteville, NC_   **City/State/Zip** _____   **Seniority Date** _8-22-73_

**Classification** _____   **Pay Rate** _$38.98_ HR   **Sort** _Day_   **UPS/Location** _Phase_

**ISSUE:** Protest of Warning /___/   Protest of Suspension /___/   Protest of Discharge /___/   Pay Claim /___/

**Other** _Harassment_

**WHO** were the people involved? Give the first and last names of all witnesses. Identify all management personnel involved.
_Kent Gilbert    David Harvey_

**WHAT HAPPENED?** Give a **BRIEF** description of the facts of your claim. Do not argue your case here. Just the facts please

_Harassment from_ _____

_____

_the UPS National Human Resources_

_to UPS National Complaint Office_

**WHAT ACTION** OR **ADJUSTMENTS** DOES THE **GRIEVANT REQUEST?**

_Stop Harassment_

_Hold HR Accountable for Retaliation_

**WHERE** did the violation take place? _____

**WHEN** did the violation occur? {Give date (s) and time (s)} _____

By presenting this grievance, the employee grants the **Teamsters Local 728** complete authority to present, negotiate and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its designated representative.

**ARTICLES VIOLATED** _____ and All That May Apply.

**GRIEVANT'S SIGNATURE** _Cecil Brown HR_

---

**CENTER LEVEL HEARING** /___/ YES   UNION   RESOLVED /___/   UNRESOLVED /___/

_FORM Recieved From President MATT Higdon AND_

**Steward's Signature** _____   **Printed Name** _____   **Date** _____

_10-13-2021_   _UNION STEWARD SPENCER_

**Management's Signature** _____   **Printed Name** _____

**Documents/Information Requested by Steward** _Visited    MORNING    10-13-2021_

# TEAMSTERS LOCAL 728 UPS GRIEVANCE FORM

*Exhibit H*

2540 Lakewood Avenue SW ▪ Atlanta, Georgia 30315
(404) 622-0521 or (800) 635-5371 ▪ Fax (404) 627-2045
www.teamsterslocal728.org

L 44847

Print Full Name _CECIL C. BROWN_ Today's Date _11-29-2021_

Employee ID# _0215941_ Cell # _404-454-7495_ Business Agent _PATRICK HARPER_

Address _8060 ADAiR LN. APT. 4313_ City/State/Zip _SANDY SPRINGS GA. 30350_ Seniority Date _8-29-1979_

Classification _TRUCK DRIVER_ Pay Rate _39.00_ Sort _DAY_ UPS/Location _P/DALE_

ISSUE: Protest of Warning /✓/ Protest of Suspension /__/ Protest of Discharge /__/ Pay Claim /__/

Other _PROTEST WARNING Letter / HARASSMENT 3RD Time_

WHO were the people involved? Give the first and last names of all witnesses. Identify all management personnel involved.
_KENT GILBERT ▪ STEPHEN ▪        ▪ PATRICK HARPER_

WHAT HAPPENED? Give a BRIEF description of the facts of your claim. Do not argue your case here. Just the facts please
_Kent Gilbert gave me A WARNING Letter of HARASSEMENT_
_BECAUSE I DO NOT WORK on Sundays because I'm AN ORDAINed_
_Licensed Minister! Case# 1341036 First #HRC /_
_Second Case#HRC 2291724 / Third Case#HRC 2464268_
_Denied NO PAPER WORK OR Letter From management!_

WHAT ACTION OR ADJUSTMENTS DOES THE GRIEVANT REQUEST?
_VOID AND DeLeted the WARNING Letter / STOP HARASSing_
_ME / Honor the Religious Laws of 1964 / Make Religious Accomdation_

WHERE did the violation take place? _IN the MANAgers office !_

WHEN did the violation occur? {Give date (s) and time (s)} _11-29-2021    7:31 PM to 7:50 PM_

By presenting this grievance, the employee grants the **Teamsters Local 728** complete authority to present, negotiate and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its designated representative.

ARTICLES VIOLATED _16, 36, 37, 66_ and All That May Apply.

GRIEVANT'S SIGNATURE _Cecil C. Brown_ _11-29-2021_

CENTER LEVEL HEARING /__/ YES    NO /__/    RESOLVED /__/    UNRESOLVED /__/

Steward's Signature _____ Printed Name _____ Date _____

Management's Signature _____ Printed Name _____

Documents/Information Requested by Steward

# TEAMSTERS LOCAL 728 UPS GRIEVANCE FORM

2540 Lakewood Avenue SW ▪ Atlanta, Georgia 30315
(404) 622-0521 or (800) 635-5371 ▪ Fax (404) 627-2045
www.teamsterslocal728.org

PAGES 1 of 6

-Exhibit O

L 05968

**Print Full Name** CECIL C. BROWN    **Today's Date** 1-7-2022

**Employee ID#** 0215941    **Cell #** 404-454-7495

**Address** 8060 ADAIR LN, APT. 4313    **City/State/Zip** SANDY SPRINGS GA, 30350    **Seniority Date** 8-29-1979

**Classification** Feeder/Shifter    **Start Time** 11:00 AM    **Sort** DAY    **UPS/Location** P/DALE

**ISSUE:** Protest of Warning /___/    Protest of Suspension /___/    Protest of Discharge /___/    Pay Claim /___/

**Other** REJECTION OF EARNED VACATION PAY ENTITLEMENT FOR 2022

**WHO** were the people involved? Give the first and last names of all witnesses. Identify all management personnel involved.
MANAGERS ADAM MILLER AND KENT GILBERT!

**WHAT HAPPENED?** Give a BRIEF description of the facts of your claim. Do not argue your case here. Just the **facts** please.
6 WEEKS VACATION ENTITLEMENT MONEY FOR 2022 WAS BLOCKED AND WITHHELD BY
MANAGERS ADAM MILLER AND KENT GILBERT ON 1-3-2022 BY MANIPULATION
OF TIMECARD WORKDAYS REPORTS! ATTACHED DOCUMENTS IS PROOF!
FROM H.R. BETH 5 COPIES OF EVIDENCE OF MY CLAIM OF DISHONESTY!

**WHAT ACTION OR ADJUSTMENTS DOES THE GRIEVANT REQUEST?**
HOLD MANAGERS ADAM MILLER AND KENT GILBERT ACCOUNTABLE!
PAY ME WHATS OWED! SYSTEM SHOWS INCORRECT 155 REPORTS DAYS / to qualify
156 REPORTS DAYS Needed to Receive VACATION PAYOUT FOR 2022.
**WHERE** did the violation take place? ENTITLEMENT REPORT EVIDENCE SHOW
that I EARNED 158 REPORTS DAYS / SOMEONE(S) TOTALLY DISREGARDED
**WHEN** did the violation occur? {Give date (s) and time(s)} LAWS AND POLICY AT UPS! TRUTH OVER DECEPTION!
WHEN 1-3-2022 / WHERE Office

By presenting this grievance, the employee grants **Teamsters Local 728** complete authority to present, negotiate and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its designated representative.

**ARTICLES VIOLATED** _____ and All That May Apply.

**GRIEVANT'S SIGNATURE** Cecil C. Brown 1-7-2022

---

**CENTER LEVEL HEARING** /___/ **YES**    **NO** /___/    **RESOLVED** /___/    **UNRESOLVED** /___/

**Steward's Signature** _____ **Printed Name** _____ **Date** _____

**Management's Signature** _____ **Printed Name** _____

**Documents/Information Requested by Steward**

# TEAMSTERS LOCAL 728 UPS GRIEVANCE FORM

**2540 Lakewood Avenue SW ▪ Atlanta, Georgia 30315**
(404) 622-0521 or (800) 635-5371 ▪ Fax (404) 627-2045
www.teamsterslocal728.org

*Exhibit U*

L 05969

**Print Full Name** CECIL C. BROWN        **Today's Date** 1-10-2022

**Employee ID#** 0215941        **Cell #** 404-454-7495

**Address** 8060 ADAIR LN, APT. 4313   **City/State/Zip** SANDY SPRINGS, GA, 30350   **Seniority Date** 8-29-1979

**Classification** Feeder/Shifter **Start Time** 11:00 AM **Sort** DAY   **UPS/Location** P/DALe

**ISSUE:** Protest of Warning /___/   Protest of Suspension /___/   Protest of Discharge /___/   Pay Claim /___/

**Other** EXTREME Retaliation: DeMANDED MY UPS ID CARD BY UPS MANAGERS!

**WHO** were the people involved? Give the first and last names of all witnesses. Identify all management personnel involved.
UPS MANAGERS Kent Gilbert + Adam Miller / UNION STEWART PATRICK HARPER

**WHAT HAPPENED?** Give a **BRIEF** description of the facts of your claim. Do not argue your case here. Just the <u>facts</u> please.
Kent AND Adam DemANDED MY UPS ID CARD AFTER I had Exposed their MANipulation OF MY REPORTS DAYS OF WORK! EXACT Recorded PAPER EVidence show I EARNED 158 REPORTED DAYS OF WORK in 2021! Their MANipulation changed it to 155 to Block Deny AND withhold MY EARNED 2022 VACATION PAYOUT!

**WHAT ACTION OR ADJUSTMENTS DOES THE GRIEVANT REQUEST?**
RETURN MY UPS ID CARD / DiscipLine And Hold these UPS MANAGERS ACCOUNTABLE to their WRONGDOING AGAINST ME!

**WHERE** did the violation take place? UPS MANAGERS Office

**WHEN** did the violation occur? {Give date (s) and time(s)} 1-7-2022 APPROX. 3:47 PM
I RETIRED 12-23-2021 AFTER 42 YEARS /Retirees Keep IDs FOR BUSINESS ACCESS!

By presenting this grievance, the employee grants **Teamsters Local 728** complete authority to present, negotiate and bargain regarding this grievance and agrees to be bound by such disposition of the grievance as may be made or agreed to by the Union or its designated representative.

**ARTICLES VIOLATED** _____ and All That May Apply.

**GRIEVANT'S SIGNATURE** Cecil C. Brown

---

**CENTER LEVEL HEARING** /___/ **YES**    **NO** /___/        **RESOLVED** /___/    **UNRESOLVED** /___/

**Steward's Signature** _____ **Printed Name** _____ **Date** _____

**Management's Signature** _____ **Printed Name** _____

**Documents/Information Requested by Steward** _____

**Business Agent's Signature** _____        **Date** _____

# EXHIBIT

# G

# Charge of Discrimination

11-14-2021  EEOC

Inquiry Submitted

#410-2022-01030


Online Scheduling with the Atlanta District Office


EEOC Scheduling mobile site office:
100 Alabama St. S.W. Suite 4R30
Atlanta, GA 30303
Monday – Friday; 8:30 AM to 5:00 PM


EEOC Verification Code #754648
Make appointment date ASAP Interview


EEOC
Atlanta District #1-800-669-4000
10-13-2021
Called Rachel

---

11-16-2021

EEOC
144 Days appointment time
Until 90 days then called in EEOC
Schedule calendar appt.
Check for appt. daily online


Interview with EEOC by phone 12-10-2021 @1:30 PM; Thursday
February 10, 2022; 2-10-2022; 1:30 PM
Appointment

30

Text Message Sent to UPS Manager, Kent Gilbert on 10-14-2021


EEOC 1-800-669-4000
Investigating All of My Information
Including my Religious Accommodations Authorization that was voided out and deleted out of the system

Case #1341036 that was on file at UPS National Human Resources Center and the UPS National Corporate Office

I contacted UPS's CEO, Carol B. Tom'E at etome@ups.com; clk #0001090727

All of the text correspondence and conversations in detail has been communicated with everyone including my lawyers, news media, and the EEOC.

26

Text Message 10-14-2021


On date 10-11-2021
Harassment By: UPS Manager, Kent Gilbert
3930 Pleasantdale Road
Doraville, GA 30340


Corruption!!!

Soon to be contacted: CNN, ABC, FOX, 20/20, 60 Minutes, and many other media sites will be informed and notified;

Regarding: Cecil C. Brown
Employee #0215941
Hired: 8-29-1979 (42 yrs. Employment record)
Profession: Truck Driver/ 404-454-7495

Member: Circle of Honor Driver

This Information is being shared and recorded for everyone to know the TRUTH.

27

# EXHIBIT

# H

*Exhibit I*

**From:** PATTY CONLEY <pconley@ups.com>
**Sent:** Wednesday, December 1, 2021 1:19 PM
**To:** christ4cecil@gmail.com
**Subject:** Religious accommodation request

Denied—Due to the needs of our business, the entire sort has been changed to a Sunday through Thursday schedule. The employee is requesting to not work on Sundays. Accommodating this request would shorten the Employee's workweek to work 4 days/week, making him unavailable for work 20% of the time. Due to time and network constraints, this could possibly cause a need to add head count to cover this work. Unfortunately, granting this request would create an undue hardship on the employer. Since this position is covered by a CBA, the employee may bid on another position that would alleviate the conflict with working on Sundays when one becomes available. The employee can also use their PTO to request days off as needed and according to the CBA. If the operation is not able to grant a scheduled day off and/or all PTO time has been exhausted, the normal attendance & disciplinary guidelines will apply.

*Patty Conley*
*HR GEO Services Supervisor*
*North Georgia/Roswell/Pleasantdale*



# EXHIBIT

# I

Date: 11-22-2021                    Recipients of this Certified Mail

                                             Letter

1. EEOC: Lawyers/Staff------  (Exhibit C)

2. UPS CEO: Carol B. Tom'E------(Exhibit D)

3. Teamsters Union Local 728-----(Exhibit E)

4. CNN Letter Headquarters-----(Exhibit F)

5. Cecil C. Brown, yours truly, and Lawyers

*Exhibit C*

9590 9402 6014 0069 6938 40

*Exhibit C*

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

Cecil C. BROWN
8060 ADAIR LN. APT. 4313
ATL., GA. 30350

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▪ Complete items 1, 2, and 3.<br>▪ Print your name and address on the reverse so that we can return the card to you.<br>▪ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☒ Agent / ☐ Addressee<br>B. Received by (Printed Name) \| C. Date of Delivery<br>WA Ewrs \| 11-30-2021 |
| 1. Article Addressed to:<br>EEOC<br>100 ALABAMA ST. S.W.<br>SUITE 4R30<br>ATL., GA. 30303 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

9590 9402 6014 0069 6938 40

2. Article Number (Transfer from service label)
7021 1970 0000 5768 5501

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

*EEOC*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Atlanta, GA 30303

| | |
|---|---|
| Certified Mail Fee $3.75 | 0029 11 |
| $ $3.05 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☒ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.78 | |
| $ | 11/22/2021 |
| Total Postage and Fees $7.58 | |
| $ | |

Sent To EEOC
Street and Apt. No., or PO Box No. 100 ALABAMA ST. SW Suite 4R30
City, State, ZIP+4 ATL., GA. 30303

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 1970 0000 5768 5501

*Exhibit D*

*Exhibit D*

9590 9402 6014 0069 6938 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

Cecil C. BROWN
8060 ADAIR LN. APT. 4313
ATL., GA. 30350

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▣ Complete items 1, 2, and 3.<br>▣ Print your name and address on the reverse so that we can return the card to you.<br>▣ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>CAROL B. TOMÉ<br>55 GLENLAKE PKWY N.E.<br>ATL., GA. 30328 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6014 0069 6938 57 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☒ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 1970 0000 5768 5518 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

*UPS*

*C.E.O.*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Atlanta, GA 30328

Certified Mail Fee $3.75                    $3.75          0029    11

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00          Postmark
☐ Certified Mail Restricted Delivery  $0.00         Here
☒ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postage   $0.78                        11/22/2021

Total Postage and Fees $7.58

Sent To  CAROL B. TOMÉ
Street and Apt. No., or PO Box No.  55 GLENLAKE PKWY N.E.
City, State, ZIP+4®  ATL., GA. 30328

7021 1970 0000 5768 5518

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

*Exhibit E*

*Exhibit E*

9590 9402 6014 0069 6938 71

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

Cecil C. Brown
8060 Adair Lu. Apt. 4313
ATL., GA. 30350

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matt Higdon
Teamsters 728
2540 Lakewood Ave. S.W.
ATL., GA. 30315

9590 9402 6014 0069 6938 71

2. Article Number *(Transfer from service label)*

7021 1970 0000 5768 5532

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michelle Gilbert
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Michelle Gilbert

C. Date of Delivery
11-29-21

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

*Teamsters Local Union 728 President*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Atlanta, GA 30315

| Certified Mail Fee $3.75 | 0029 |
| | 11 |

$3.05

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☒ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery

Postmark Here

Postage $0.78

Total Postage and Fees $7.58

11/22/2021

Sent To Matt Higdon / Teamsters
Street and Apt. No., or PO Box No. 2540 Lakewood Ave. S.W.
City, State, ZIP+4® ATL., GA. 30315

PS Form 3800, April 2015 PSN 7530-02-000-9047

See Reverse for Instructions

Exhibit f

Exhibit f

9590 9402 6014 0069 6938 64

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

° Sender: Please print your name, address, and ZIP+4® in this box°

CECIL C., BROWN
8060 ADAIR LN. APT. 4313
ATL., GA. 30350

---

**SENDER: COMPLETE THIS SECTION**

- ▣ Complete items 1, 2, and 3.
- ▣ Print your name and address on the reverse so that we can return the card to you.
- ▣ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CNN HEADQUARTERS
190 MARIETTA ST. N.W.
ATL., GA. 30303

9590 9402 6014 0069 6938 64

2. Article Number (Transfer from service label)

7021 1970 0000 5768 5525

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Kashmir Patel
☑ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
KASHMIR Patel     11/29/21

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

CNN HEADQUARTERS

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Atlanta, GA 30303

Certified Mail Fee  $3.75
$ _____ $3.05
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)     $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☒ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $ _____
Postage  $0.78
$ _____
Total Postage and Fees  $7.58
$ _____

Postmark Here

SPRINGS STATION 0929 11
NOV 22 2021 ATL. GA. 31139

11/22/2021

Sent To  CNN Headquarters
Street and Apt. No., or PO Box No.
190 Marietta ST. N.W.
City, State, ZIP+4®
ATL., GA. 30303

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7021 1970 0000 5768 5525

Recipients of this Certified Mail

Letter

Date: 11-22-2021

1st Group

1.  EEOC: Lawyers/Staff----(Exhibit C)

2.  UPS CEO: Carol B. Tom'E----(Exhibit D)

3.  UPS: National Corporate Office

4.  UPS: National Human Resources Office

5.  Teamsters Union Local 728----(Exhibit E)

6.  CNN Letter Headquarters-----(Exhibit F)

7.  Cecil C. Brown, yours Truly, Lawyers

Date: 12-4-2021

2nd Group

1.  President: Joe Biden & Secret Service, US Government ----(Exhibit K)

2.  Vice President: Kamala Harris-----(Exhibit L)

3.  Senators of Georgia: Raphael Warnock & Jon Ossoff-----(Exhibit M)

4.  SCLC: Southern Christian Leadership Conference----(Exhibit N)

44

Recipients of this Certified Mail
Letter, Email, Text Messages, and Phone Calls

President: Joe Biden
Phone #s: 202-456-1414
202-456-1111
202-456-2121

Website: www.Whitehouse.gov
Email:
Attn: 46th President of United States of America, POTUS
All connections made and established is on file.
Address: The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500

Vice President: Kamala Harris
Phone #s: 202-456-1414
202-456-1111
202-456-2121
Website: www.Whitehouse.gov
www.govinfo.gov
Address: 1800 G Street NW
Washington, DC 20500
Phone: 202-395-5084

All Connections made and established and on file.

45

*Exhibit K*

*Exhibit K*

9590 9402 6076 0125 3715 45

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

*Cecil C. Brown*
*8060 Adair Ln. Apt. 4313*
*ATL., GA. 30350*
*Minister*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*PRES. JOE BIDEN*
*1600 PENN. AVE, N.W.*
*WASH, D C 20500*

9590 9402 6076 0125 3715 45

2. Article Number (Transfer from service label)
7021 1970 0000 5768 5464

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

*PRES.*
*JOE*
*BIDEN*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20500

| | | |
|---|---|---|
| Certified Mail Fee $3.75 | | 0063 |
| Extra Services & Fees (check box, add fee as appropriate) | | 41 |
| ☒ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | |
| ☒ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $0.78 | | |
| Total Postage and Fees $7.53 | | 12/04/2021 |

Sent To *PRES. JOE BIDEN*
Street and Apt. No. *1600 PENN. AVE. N.W.*
City, State, ZIP+4® *WASH., DC 20500*

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7021 1970 0000 5768 5464

*Exhibit L*

*Exhibit L*

9590 9402 6076 0125 3715 52

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

° Sender: Please print your name, address, and ZIP+4® in this box°

Cecil C. BROWN
8060 ADAIR LN. APT. 4313
ATL., GA. 30350

Minister

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by (Printed Name) | C. Date of Delivery |

1. Article Addressed to:

VICE PRES. KAMALA HARRIS
1600 PENN. AVE, N.W.
WASH., DC 20500

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

9590 9402 6076 0125 3715 52

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7021 1970 0000 5768 5471

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

V. PRES.
KAMALA
HARRIS

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20500

| Certified Mail Fee | $3.75 | 0068 |
| $ | $2.05 | 41 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☒ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.78 | |
| $ | | 12/04/2021 |
| Total Postage and Fees | $7.58 | |

7021 1970 0000 5768 5471

Sent To Vice Pres. Kamala Harris
Street and Apt. No., or PO Box No. 1600 Penn, Ave., N.W.
City, State, ZIP+4® WASH, DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Exhibit M

SENATOR
RAPHAEL
F.
WARNOCK

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20510

| Certified Mail Fee | $3.75 | | 0068 |
|---|---|---|---|
| | | $3.05 | 41 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.78 | | |
| Total Postage and Fees | $7.58 | | 12/04/2021 |

Sent To GA SENATOR: RAPHAEL WARNOCK
Street and Apt. No., or PO Box No. 588 Russell Senate Office BLDG.
City, State, ZIP+4 WASH., DC 20510

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 1970 0000 5768 5495

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20510

| Certified Mail Fee | $3.75 | | 0068 |
|---|---|---|---|
| | | $3.05 | 41 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.78 | | |
| Total Postage and Fees | $7.58 | | 12/04/2021 |

Sent To GA SENATOR: RAPHAEL WARNOCK
Street and Apt. No., or PO Box No. 588 Russell Senate Office BLDG.
City, State, ZIP+4 WASH., DC 20510

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 1970 0000 5768 5495

Exhibit N

9590 9402 6076 0125 3715 69

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4® in this box°

Cecil C. BROWN
8060 ADAIR LN. APT. 4313
ATL., GA. 30350

Minister

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCLC NATIONAL OFFICE
320 AUBURN AVE. N.E.
ATL., GA. 30303

9590 9402 6076 0125 3715 69

2. Article Number (Transfer from service label)
7021 1970 0000 5768 5488

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Wanda Stewart    12/23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30303

Certified Mail Fee  $3.75
$    $3.05    0068
                41
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☒ Adult Signature Required    $ $0.00    Postmark
☐ Adult Signature Restricted Delivery  $    Here
Postage    $0.78
$
Total Postage and Fees    $7.58    12/04/2021
$
Sent To  SCLC NATL. OFFICE
Street and Apt No., or PO Box No.
320 AUBURN AVE. N.E.
City, State, ZIP+4
ATL., GA. 30303

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 1970 0000 5768 5488

S.C.L.C.

# EXHIBIT

# J

Exhibit V



# TEAMSTERS

## TRUCK DRIVERS & HELPERS LOCAL 728



Affiliated with the International Brotherhood of Teamsters and Joint Council 75
### 2540 LAKEWOOD AVENUE, SW · ATLANTA, GA 30315-6308

Wes Turner, Secretary-Treasurer
Alauna Freeman, Recording Secretary
Quentin Bighon, Trustee

**MATT HIGDON, PRESIDENT**

Chuck Stiles, Vice President
Wayne Brown, Trustee
Jeptha Preston, Trustee

March 16, 2022

Cecil Brown
8060 Adair Ln. Apt 4313
Sandy Springs, GA  30350

Dear Cecil,

This is to notify you that the grievance you filed L61709 concerning Article (s) 16, 36, 37, 66 and all that apply settled on 10/25/21 by your Job Steward and the decision is as follows:

**Non-Precedent Setting**
Company will comply with Article 37.

If you have any questions, please feel free to contact me.

Fraternally,

*Alauna Freeman*
Alauna Freeman
Assistant Business Agent

/ks

phone: (404) 622-0521  ·  800-635-5371  ·  fax: (404) 627-2045  ·  website: teamsterslocal728.org



Exhibit V

# TEAMSTERS
## TRUCK DRIVERS & HELPERS LOCAL 728

Affiliated with the International Brotherhood of Teamsters and Joint Council 73
2540 LAKEWOOD AVENUE, SW · ATLANTA, GA 30315-6306

MATT HIGDON, PRESIDENT

March 16, 2022

Cecil Brown
8060 Adair Ln. Apt 4313
Sandy Springs, GA 30350

Dear Cecil,

This is to notify you that the grievance you filed L61709 concerning Article (s)
36, 37, 66 and all that apply settled on 10/25/21 by your Job Steward and the
decision is as follows:

**Non-Precedent Setting**
Company will comply with Article 37.

If you have any questions, please feel

Fraternally,

*Alauna Freeman*
Alauna Freeman
Assistant Business Agent

/ks

phone: (404) 622-0521 · 800-635-5373

---

Article 36

### ARTICLE 36. NONDISCRIMINATION

### ARTICLE 37. MANAGEMENT EMPLOYEE RELATIONS

Section 1.